UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons,<br><br>   Plaintiff,<br><br> and<br><br>ROSA A. CAMACHO, Retiree and Member of the Settlement Class,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands,<br><br>   Defendant,<br><br> and<br><br>NORTHERN MARIANA ISLANDS SETTLEMENT FUND,<br><br>   Defendant - Appellee. | No. 23-16074<br><br>D.C. No. 1:09-cv-00023<br>U.S. District Court for the Northern Mariana Islands, Saipan<br><br>**ORDER** |

The reply brief submitted on January 24, 2024 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT