Jeanne H. Rayphand
Northern Marianas Protection
  &amp; Advocacy Systems, Inc.
P.O. Box 503529
Saipan, MP 96950
  Tel: (670) 235-7273/74
  Fax: (670) 235-7275
  Email: jeanneesq@yahoo.com

Attorney for Appellant

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons, | No. 23-16074 |
| | D.C. No. 1:09-cv-00023 |
| Plaintiff | U.S. District Court for Northern Mariana Islands) |
| and | |
| ROSA A. CAMACHO, Retiree and Member of the Settlement Class, | APPELLANT'S MOTION TO SUBMIT CASE ON BRIEFS |
| Plaintiff-Appellant, | |
| v. | |
| RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands, | |
| Defendant, | |
| and | |
| NORTHERN MARIANA ISLANDS SETTLEMENT FUND, | |
| Defendant - Appellee. | |

1

## MOTION TO SUBMIT CASE ON BRIEFS

Appellant moves to submit case on briefs because it seems that, based on the briefs filed, oral argument would not be of assistance to the court.

Respectfully submitted,

/s/

Jeanne H. Rayphand

Attorney for Rosa Camacho