**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>and<br><br>ROSA A. CAMACHO, Retiree and Member of the Settlement Class,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands,<br><br>        Defendant,<br><br>and<br><br>NORTHERN MARIANA ISLANDS SETTLEMENT FUND,<br><br>        Defendant-Appellee. | No. 23-16074<br><br>D.C. No. 1:09-cv-00023<br>District of the Northern Mariana Islands,<br>Saipan<br><br>ORDER |

Appellant's motion to submit this case on the briefs and record, without oral argument, Docket No. 32, is DENIED.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT